AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br>MICHAEL DECHELLIS<br>*Defendant* | ) ) ) ) ) | Case No. 3:26-cr-00176-AN |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/02/2026

Michael DeChellis
*Defendant's signature*

*Signature of defendant's attorney*

Michele L Kohler
*Printed name of defendant's attorney*

*Judge's signature*

Stacie F. Beckerman U.S. Magistrate Judge
*Judge's printed name and title*